IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GILLEN STARR, | 1:11-cv-02108-AWI-GSA-PC |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE WITHIN 30 DAYS |
| CDCR, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On December 22, 2011, Plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application shall not be considered by the Court because Plaintiff unacceptably altered the typewritten language of the application to indicate that he does not authorize the prison to collect funds from his prison trust account for payment of the filing fee. Plaintiff shall be allowed another opportunity to submit an appropriate application or pay the $350.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a

1 | certified copy of his/her prison trust statement for the six month period immediately preceding the
2 | filing of the complaint.
3 | **Failure to comply with this order will result in dismissal of this action.**
4 | IT IS SO ORDERED.
5 | Dated:   **January 26, 2012**           /s/ **Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE