UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBIN GILLEN STARR, | ) | 1:11-cv-02108-AWI-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION AS MOOT |
| | ) | (Doc. 14.) |
| v. | ) | |
| | ) | |
| CDCR, | ) | |
| | ) | |
| Defendant. | ) | |

Robin Gillen Starr ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on December 22, 2011. (Doc. 1.)

On February 15, 2012, Plaintiff filed a motion for leave to amend the Complaint. (Doc. 14.) In light of the fact that the Court issued an order on January 27, 2012, informing Plaintiff of his right to amend the Complaint, Plaintiff's present motion is moot and shall be denied as such.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to amend the Complaint, filed on February 15, 2012, is DENIED as moot.

IT IS SO ORDERED.

Dated: **February 16, 2012**         **/s/ Gary S. Austin**
                        UNITED STATES MAGISTRATE JUDGE