IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBIN GILLEN STARR, | ) | 1:11-cv-02108-AWI-GSA-PC |
| Plaintiff, | ) ) | SECOND ORDER FOR PLAINTIFF TO SUBMIT A NEW, APPROPRIATE |
| vs. | ) ) | APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 |
| CDCR, | ) ) | DAYS |
| Defendants. | ) ) | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 22, 2011, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) On the application, Plaintiff had unacceptably altered the typewritten language of the application to indicate that he does not authorize the prison to collect funds from his prison trust account for payment of the filing fee. On January 27, 2012, the Court sent Plaintiff a new application to proceed in forma pauperis and granted him thirty days to complete and submit the application, or in the alternative, to pay the filing fee for this action. (Doc. 12.)

On February 3, 2012, Plaintiff submitted a state court form entitled "Request to Waive Court Fees," and a certified copy of his prison trust account statement. (Doc. 13.) The Court shall not consider this "Request to Waive Court Fees," as it was not submitted on the appropriate form for this federal court. Plaintiff shall be allowed another opportunity to either submit an appropriate application to proceed in forma pauperis, or pay the $350.00 filing fee.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall send plaintiff an application to proceed in forma pauperis for a prisoner;
2. Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, appropriately completed and signed, or in the alternative, pay the $350.00 filing fee for this action. Plaintiff shall not alter the application before signing it;
4. Plaintiff is not required to submit another certified copy of his prison trust account;
5. **Plaintiff is forewarned that his failure to comply with this order shall result in a recommendation that this action be dismissed for failure to comply with a court order;** and
6. **No requests for extension of time shall be granted without a showing of good cause.**

IT IS SO ORDERED.

Dated:   **March 9, 2012**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

2