# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROBIN GILLEN STARR,                           1:11-cv-02108-AWI-GSA-PC

        Plaintiff,

                            ORDER DENYING PLAINTIFF'S MOTION

    vs.                                       (Doc. 16.)

CDCR,

        Defendant.

_____/

     Robin Gillen Starr ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on December 22, 2011.  (Docs. 1.)

     On February 17, 2012, Plaintiff filed a motion titled "Motions For Expunge All Negative Entries in Records," in which he appears to request habeas corpus relief based on unlawful arrests and convictions.  However, Plaintiff fails to make any coherent argument upon which relief can be granted.  Moreover, habeas corpus relief is not available in this § 1983 action.  Therefore, the motion must be denied.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on February 17, 2012, is DENIED.


    IT IS SO ORDERED.

  **Dated:   July 31, 2012**              _____/s/ **Gary S. Austin**_____
                                          UNITED STATES MAGISTRATE JUDGE