UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GILLEN STARR, | 1:11-cv-02108-AWI-GSA-PC |
| Plaintiff, | ORDER DENYING MOTIONS TO COMPEL AS PREMATURE |
| v. | (Docs. 25, 30, 33.) |
| CDCR, et al., | |
| Defendants. | |

**I. BACKGROUND**

Robin Gillen Starr ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on December 22, 2011. (Doc. 1.) The Court screened the Complaint pursuant to 28 U.S.C. § 1915A and entered an order on January 23, 2013, dismissing the Complaint for failure to state a claim and for violations of Rules 8 and 18, with leave for Plaintiff to file a First Amended Complaint within thirty days. (Doc. 56.)

On July 18, 2012, July 27, 2012, and August 3, 2012, Plaintiff filed motions to compel discovery. (Docs. 38, 40, 50.)

**II. PLAINTIFF'S MOTIONS TO COMPEL**

Plaintiff requests court orders compelling Defendants to provide documents for review and respond to interrogatories. However, it is not yet time for discovery in this action. When it is time

1

for discovery, the Court will issue an order commencing discovery. Until then, Plaintiff is not permitted to request any discovery or bring a motion to compel. Therefore, at this juncture Plaintiff's motions to compel are premature and shall be denied as such.

### III.    CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motions to compel, filed on July 18, 2012, July 27, 2012, and August 3, 2012, are DENIED as premature.

IT IS SO ORDERED.

Dated:   **January 29, 2013**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

2