# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GILLEN STARR,<br><br>              Plaintiff,<br><br>      vs.<br><br>CDCR,<br><br>              Defendant.<br>_____ / | 1:11-cv-02108-AWI-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION<br>(Doc. 27.) |

Robin Gillen Starr ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on December 22, 2011. (Docs. 1.)

On July 18, 2012, Plaintiff filed a motion titled "Motion For: Expunge! Order for: Release!," in which he appears to request habeas corpus relief based on unlawful arrests and convictions. However, Plaintiff fails to make any coherent argument upon which relief can be granted. Moreover, habeas corpus relief is not available in this § 1983 action. Therefore, the motion must be denied.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on July 18, 2012, is DENIED.

IT IS SO ORDERED.

Dated:   **February 27, 2013**               /s/ **Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE