# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GILLEN STARR,<br><br>         Plaintiff,<br><br>    vs.<br><br>CDCR,<br><br>         Defendant. | 1:11-cv-02108-AWI-GSA-PC<br><br>ORDER DENYING DEMAND<br>FOR SPEEDY TRIAL<br>(Docs. 48, 49.) |

Robin Gillen Starr ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on December 22, 2011. (Doc. 1.)

Now pending are Plaintiff's demands for a speedy trial, filed on October 11, 2012. (Docs. 48, 49.) Plaintiff demands a speedy trial in this action under the Sixth Amendment.

The Sixth Amendment to the U.S. Constitution is applicable to *criminal* prosecutions and provides that "the accused shall enjoy the right to a speedy and public trial." U.S.Const. amend. VI (emphasis added). Plaintiff is advised that in a civil action, such as Plaintiff's, there is no right to a speedy trial. Therefore, Plaintiff's demands must be denied.

Based on the foregoing, IT IS HEREBY ORDERED THAT Plaintiff's demands for a speedy trial under the Sixth Amendment, filed on October 11, 2012, are DENIED.

IT IS SO ORDERED.

Dated:   **April 13, 2013**                             **/s/ Gary S. Austin**
                                                                            UNITED STATES MAGISTRATE JUDGE