1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   ROBIN GILLEN STARR,                    1:11-cv-02108-AWI-GSA (PC)

12                 Plaintiff,

13          v.                              ORDER DENYING MOTION
                                            AS MOOT
14   CDCR,
                                            (Document# 95)
15                 Defendant.

16

17          On March 13, 2014, plaintiff filed a motion seeking the appointment of counsel "so we

18   can get this case over with." (Doc. 95 at 1)  In light of the fact that this case was dismissed for

19   failure to state a claim on March 12, 2014, Plaintiff's motion is moot.

20          Therefore, IT IS HEREBY ORDERED that Plaintiff's motion, filed on March 13, 2014, is

21   DENIED as moot.

22
     IT IS SO ORDERED.
23

24      Dated:    **March 17, 2014**                    **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28