UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GILLEN STARR,<br><br>          Plaintiff,<br><br>     vs.<br><br>CDCR,<br><br>          Defendant. | 1:11-cv-02108-AWI-GSA-PC<br><br>ORDER STRIKING MOTION FOR LACK OF SIGNATURE<br>(Doc. 97.) |

Robin Gillen Starr ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On March 19, 2014, Plaintiff filed a Motion for Respondents to Pay Costs. (Doc. 97.) The Motion is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion, filed on March 19, 2014, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated: **March 21, 2014**                    **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE

1