# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GILLEN STARR,<br><br>           Plaintiff,<br><br>     vs.<br><br>CDCR,<br><br>           Defendant. | 1:11-cv-02108-AWI-GSA-PC<br><br>ORDER DENING REQUEST<br>(Doc. 99.) |

Robin Gillen Starr ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  On March 12, 2014, this case was dismissed for failure to state a claim, and judgment was entered.  (Docs. 93, 94.)

On March 24, 2014, Plaintiff filed a Request for a court order releasing him from custody.[1]  (Doc. 97.)  Release from custody is not a remedy available in this §1983 action.  Therefore, Plaintiff's Request must be denied.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Request, filed on March 24, 2014, is DENIED.

IT IS SO ORDERED.

   Dated:   **March 31, 2014**                    /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also requests certified copies, without further explanation.

1