UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GILLEN STARR,<br><br>            Plaintiff,<br><br>     vs.<br><br>CDCR,<br><br>            Defendant. | 1:11-cv-02108-AWI-GSA-PC<br><br>ORDER DENYING REQUESTS AS MOOT<br>(Doc. 102.) |

   Robin G. Starr ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On April 16, 2014, Plaintiff filed requests for court assistance and appointed counsel. (Doc. 102.) In light of the fact that this case was dismissed for failure to state a claim on March 12, 2014, Plaintiff's requests are moot and shall be denied as such.

   Accordingly, IT IS HEREBY ORDERED that Plaintiff's requests for court assistance and appointed counsel are DENIED as moot.

IT IS SO ORDERED.

   Dated:  **April 21, 2014**                    **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE